UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SCOTT SEDORE,

        Plaintiff,                   Case No. 1:16-cv-903

v.                                    Honorable Paul L. Maloney

SHERRY BURT et al.,

        Defendants.
_____/

## ORDER FOR SERVICE

This is a prisoner civil rights action. The Court has conducted an initial review of the complaint pursuant to 28 U.S.C. §1915A and 42 U.S.C. § 1997e(c), to determine whether it is frivolous, malicious, fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant that is immune from such relief. Upon initial review, the Court concludes that the complaint is not subject to dismissal for any of the reasons listed above. Therefore:

IT IS ORDERED that the Clerk shall issue summons and return them to the Plaintiff. Because Plaintiff is not proceeding *in forma pauperis* in this action, he is responsible for service of summons and complaint upon Defendants. *See* FED. R. CIV. P. 4.

IT IS FURTHER ORDERED that Defendants shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1).

IT IS FURTHER ORDERED that Defendants shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(2).


Dated:  October 5, 2016              /s/ Ray Kent
                                     RAY KENT
                                     United States Magistrate Judge