SeUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott Sedore, #210661, )
      Plaintiff, )
) No. 1:16-cv-903
-v- )
) Honorable Paul L. Maloney
Sherry Burt, et al., )
      Defendants. )
)

# JUDGMENT

The Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTON IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 27, 2019      /s/ Paul L. Maloney
                    Paul L. Maloney
                    United States District Judge